**Clarence W. Shoemaker, Plaintiff-Appellant, v. Ronald Edmonds, Defendant-Appellee.**

**Gen. No. 69–75. (Abstract of Decision.)**

Third District.

January 26, 1970.

Rehearing denied February 27, 1970.

■■■

Clarence W. Shoemaker, pro se, of Aledo, appellant; Gene McWhorter, of Aledo, for appellee. Opinion by JUSTICE RYAN. Not to be published in full.